IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 4:25-cr-16 |
| NIMESH DESAI | |

ORDER CONTINUING CASE and TRIAL

Defendant was indicted on July 8, 2025 (ECF No. 1), and arraigned on August 12, 2025. A pretrial conference is currently scheduled for September 16, 2025. The Defendant is requesting that the case be continued to the Court's **March 2026** trial term. Specifically, Defendant needs additional time to review discovery, to discuss discovery and possible defenses with counsel, and to discuss any possible resolution with the Government.

IT IS HEREBY ORDERED that the above-referenced matter be continued to the next term of Court set for March 2026, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and the Government the reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(h)(7)(A)-(B). The delay caused by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED this **15th** day of **September, 2025**.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA